| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____   Chapter **11** |
| ☐ Check if this is an amended filing |

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Grant Antiques, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
83-1240992

**4. Debtor's address**

Principal place of business

5900 B South
US Hwy 1
Grant, FL 32949
Number, Street, City, State & ZIP Code

Brevard
County

Mailing address, if different from principal place of business

PO Box 880938
Port Saint Lucie, FL 34988
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  
_____

**6. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor  **Grant Antiques, Inc.**  Case number (*if known*) _____
      <sub>Name</sub>

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Grant Antiques, Inc.**      Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No <br> ☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **Grant Antiques, Inc.** _____ Case number (*if known*) _____
     Name

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  **Grant Antiques, Inc.**   Case number (*if known*) _____
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 15, 2025**
              MM / DD / YYYY

X **/s/ Elizabeth Mendez**                         **Elizabeth Mendez**
Signature of authorized representative of debtor    Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Brian K. McMahon**                         Date  **May 15, 2025**
Signature of attorney for debtor                         MM / DD / YYYY

**Brian K. McMahon 853704**
Printed name

**Brian K. McMahon, PA**
Firm name

**1401 Forum Way**
**Suite 730**
**West Palm Beach, FL 33401**
Number, Street, City, State & ZIP Code

Contact phone  **561-478-2500**      Email address  **briankmcmahon@gmail.com**

**853704 FL**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Grant Antiques, Inc.**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **CFG Merchant Solutions**<br>201 Route 17 North, Ste 805<br>Rutherford, NJ 07070 | | | | $40,000.00 | $0.00 | $40,000.00 |
| **Corporation Service Company,**<br>POB 2576<br>Springfield, IL 62708 | | | | Unknown | $0.00 | Unknown |
| **Florida Department of Revenu**<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0110 | | sales taxes | Disputed | | | $50,000.00 |
| **Jadan Collectables, LLC**<br>c/o W. Scott Turnbull Esq<br>Crary Buchanan PA<br>759 SW Fed Hwy, Ste 106<br>Stuart, FL 34994 | | breach of contract | Contingent Unliquidated Disputed | | | $235,000.00 |
| **Justin Chaffio**<br>1802 S Fiske Blvd, Suite 101<br>Rockledge, FL 32955 | | | | | | $57,000.00 |
| **Priscila Gonzalez**<br>c/o Jeffrey Stull, Esq<br>602 South Blvd<br>Tampa, FL 33606 | | breach of contract | | | | $30,000.00 |

Debtor **Grant Antiques, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Rechant Holdings, Inc. d/b/a Rechant Coins & Precio 1825 Forest Hill Bl, Ste 102 West Palm Beach, FL 33406 | | judgment | | | | $339,082.53 |
| Small Business Administratio 51 SW 1st Ave, Suite 201 Miami, FL 33130 | | | | $140,000.00 | $0.00 | $140,000.00 |
| Stacey Stoddard c/o Francisco Garcia, Esq Garcia Law PL 1922 SE Port St Lucie Blvd Port Saint Lucie, FL 34952 | | breach of contract | **Contingent Unliquidated Disputed** | | | $35,000.00 |
| Stephen Yeago & Cianna Yeago c/o Jacob Stuart 1601 Amelia St Orlando, FL 32803 | | judgment | **Contingent Unliquidated Disputed** | | | $157,400.00 |

Grant Antiques, Inc.
PO Box 880938
Port Saint Lucie, FL 34988

Priscila Gonzalez
c/o Jeffrey Stull, Esq
602 South Blvd
Tampa, FL 33606

Brian K. McMahon
Brian K. McMahon, PA
1401 Forum Way
Suite 730
West Palm Beach, FL 33401

Rechant Holdings, Inc.
d/b/a Rechant Coins & Precio
1825 Forest Hill Bl, Ste 102
West Palm Beach, FL 33406

Elizabeth Mendez
5813 NW Breezy Brook Ct
Port Saint Lucie, FL 34986

Scott J. Topolski, Esq
Cole Schotz, PC
2255 Glades Rd, Suite 300E
Boca Raton, FL 33431

CFG Merchant Solutions
201 Route 17 North, Ste 805
Rutherford, NJ 07070

Small Business Administratio
51 SW 1st Ave, Suite 201
Miami, FL 33130

Corporation Service Company,
POB 2576
Springfield, IL 62708

Stacey Stoddard
c/o Francisco Garcia, Esq
Garcia Law PL
1922 SE Port St Lucie Blvd
Port Saint Lucie, FL 34952

Florida Department of Revenu
5050 W Tennessee St
Tallahassee, FL 32399-0110

Stephen Yeago & Cianna Yeago
c/o Jacob Stuart
1601 Amelia St
Orlando, FL 32803

Jadan Collectables, LLC
c/o W. Scott Turnbull Esq
Crary Buchanan PA
759 SW Fed Hwy, Ste 106
Stuart, FL 34994

The Honorable Hayden O'Byrne
United States Attorney
Southern District of Florida
99 NE 4th ST
Miami, FL 33132

Justin Chaffio
1802 S Fiske Blvd, Suite 101
Rockledge, FL 32955

The Honorable Pamela Bondi
Attorney General of the Unit
950 Pennsylvania Ave., NW
Room 4400
Washington, DC 20530-0001

Othmar Castillo
5813 NW Breezy Brook Ct
Port Saint Lucie, FL 34986