**UNITED STATES BANKRUPTCY COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

Case No.: 6:25-bk-02931-GER

GRANT ANTIQUES, INC.,                                    Chapter 11

      Debtor.

_____/

**NOTICE OF TAKING RULE 2004 EXAMINATION DUCES TECUM AND NOTICE OF**
**ISSUANCE OF SUBPOENA**

    **PLEASE TAKE NOTICE** that Creditors, Stephen Yeago and Cianna Yeago (the "Yeagos"), by and through the undersigned counsel and pursuant to Fed. R. Bankr. P. 2004 and Local Rule 2004-1, will take an oral examination of the person or persons named below, at the time, date, and location indicated below.

| Examinees | Date/Time | Place |
|---|---|---|
| Corporate Representative[1] of Grant Antiques, Inc., d/b/a Grant Antique Mall, a/k/a Grant Antique Mail and Highwayman Gallery ("Grant Antiques") | **June 26, 2025**<br>**9:00 a.m.** | Cornerstone Law Firm, PLLC<br>1511 E. State Road 434<br>Suite 3049<br>Winter Springs, FL 32708 |

    The Yeagos hereby request that Grant Antiques produce documents responsive to the requests in the attached **Exhibit A** at the June 26, 2025 examination.

    The above-referenced examinee will be examined before a Court Reporter and Notary Public or before a duly designed representative who is not of counsel to the parties or interested in

---

[1] Grant Antiques shall designate a corporate representative to appear for the Examination consistent with Fed. R. Civ. P. 30(b)(6).  The areas of inquiry are set forth in **Exhibit B**.

the events of this cause.  The oral examination will be conducted from day to day until testimony

is completed or adjourned.

Dated: June 5, 2025.                              Respectfully submitted,

                                                 /s/ *Andrew S. Ballentine*
                                                 **Andrew S. Ballentine, Esq.**
                                                 Fla Bar No.: 118075
                                                 **Cornerstone Law Firm, PLLC**
                                                 1511 East S.R. 434, Suite 3049
                                                 Winter Springs, FL 32708
                                                 P: 407-986-0529
                                                 Email: ABallentine@mycornerstonelaw.com
                                                 Secondary: Eservice@mycornerstonelaw.com
                                                 *Counsel for Stephen and Cianna Yeago*

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on June 5, 2025, a true and correct copy of the foregoing was

electronically filed with the Clerk via CM/ECF and was served by U.S. first class mail or via

CM/ECF notification upon all counsel of record and those parties listed on the attached list mailing

matrix.

                                                 /s/ *Andrew S. Ballentine*
                                                 ANDREW S. BALLENTINE


CC: Butler Court Reporting

Label Matrix for local noticing
113A-6
Case 6:25-bk-02931-GER
Middle District of Florida
Orlando
Thu Jun  5 09:47:15 EDT 2025

Audrey M Aleskovsky
DOJ-Ust
400 W. Washington St.
Ste 1100
Orlando, FL 32801-2210

Andrew S Ballentine
Cornerstone Law Firm, PLLC
1511 E. State Road 434
Suite 3049
Winter Springs, FL 32708-5645

Brevard County Tax Collector
Attn:  Honorable Lisa Cullen, CFC
Post Office Box 2500
Titusville FL 32781-2500

CFG Merchant Solutions
201 Route 17 North, Ste 805
Rutherford, NJ 07070-2903

Cianna Yeago
c/o Andrew S. Ballentine, Esq.
Cornerstone Law Firm, PLLC
1511 E. State Road 434, Ste. 3049
Winter Springs, FL 32708-5645

Andrew L Cole
Cole Schotz P.C.
2255 Glades Road
Suite 300e
Boca Raton, FL 33431-7383

Corporation Service Company,
POB 2576
Springfield, IL 62708-2576

Elizabeth Mendez
5813 NW Breezy Brook Ct
Port Saint Lucie, FL 34986-4636

Florida Department of Revenu
5050 W Tennessee St
Tallahassee, FL 32399-0110

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Grant Antiques, Inc.
PO Box 880938
Port Saint Lucie, FL 34988-0938

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Jadan Collectables, LLC
c/o W. Scott Turnbull Esq
Crary Buchanan PA
759 SW Fed Hwy, Ste 106
Stuart, FL 34994

Justin Chaffio
1802 S Fiske Blvd, Suite 101
Rockledge, FL 32955-3029

Andrew Layden
200 South Orange Avenue
Ste 2300
Orlando, FL 32801-3455

Brian K McMahon
Brian K. McMahon, PA
1401 Forum Way
Suite 730
West Palm Beach, FL 33401-2322

Wanda D Murray
United States Department of Justice
400 West Washington Street
Ste 1100
Orlando, FL 32801-2440

Othmar Castillo
5813 NW Breezy Brook Ct
Port Saint Lucie, FL 34986-4636

Priscila Gonzalez
c/o Jeffrey Stull, Esq
602 South Blvd
Tampa, FL 33606-2630

Rechant Holdings Inc. d/b/a Rechant Coins &
c/o Andrew L. Cole, Esq.
Cole Schotz P.C.
2255 Glades Road, Suite 300E
Boca Raton, FL 33431-7383

Rechant Holdings, Inc.
d/b/a Rechant Coins & Precio
1825 Forest Hill Bl, Ste 102
West Palm Beach, FL 33406-6058

Rechant Holdings, Inc. d/b/a Rechant Coins &
c/o Scott Topolski, Esq.
Cole Schotz P.C.
2255 Glades Road, Suite 300E
Boca Raton, FL 33431-7383

Scott J. Topolski, Esq
Cole Schotz, PC
2255 Glades Rd, Suite 300E
Boca Raton, FL 33431-7383

Small Business Administratio
400 W Washington St,
Suite 1510
Orlando, FL 32801-2217

Small Business Administratio
51 SW 1st Ave, Suite 201
Miami, FL 33130-1625

Small Business Administration
400 W Washington St,
Suite 1510
Orlando, FL 32801-2217

Stacey Stoddard
c/o Francisco Garcia, Esq
Garcia Law PL
1922 SE Port St Lucie Blvd
Port Saint Lucie, FL 34952-5514

Stephen Yeago
c/o Andrew S. Ballentine, Esq.
Cornerstone Law Firm, PLLC
1511 E. State Road 434, Ste. 3049
Winter Springs, FL 32708-5645

Stephen Yeago & Cianna Yeago
c/o Jacob Stuart
1601 Amelia St
Orlando, FL 32803-5504

Stacey Stoddard
C/O Francisco Garcia, Esq
451 SW Bethany Dr. Suite 202
Port Saint Lucie, FL 34986-1964

The Hon Gregory W. Kehoe
United States Attorney
Middle District of Florida
400 W Washington St, St 3100
Orlando, FL 32801-2203

The Honorable Hayden O'Byrne
United States Attorney
Southern District of Florida
99 NE 4th ST
Miami, FL 33132-2145

The Honorable Pamela Bondi
Attorney General of the Unit
950 Pennsylvania Ave., NW
Room 4400
Washington, DC 20530-0001

Uline
12575 Uline Dr
Pleasant Prairie, WI 53158-3686

United States Trustee - ORL
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Cianna Yeago
1308 Canton Street
Orlando, FL 32803-3304

Stephen Yeago
1308 Canton Street
Orlando, FL 32803-3304

End of Label Matrix
Mailable recipients    39
Bypassed recipients     0
Total                  39

**EXHIBIT "A"**

**DEFINITIONS AND INSTRUCTIONS**

A.      "You", "your", "Debtor, or "Grant Antiques" shall mean Grant Antiques, Inc., d/b/a Grant Antique Mall, a/k/a Grant Antique Mall and Highwayman Gallery, including all of its agents, attorneys, directors, officers, members, representatives, assigns, affiliates, and all other person or entity acting or purporting to act on its behalf.

B.      "Castillos" shall mean Elizabeth Mendez and/or Othmar Castillo, including all of their agents, attorneys, representatives, assigns, affiliates, and any other person or entity acting or purporting to act on his behalf.

C.      "Yeagos" shall mean Stephen Yeago and Cianna Yeago, individually or collectively, including all of their agents, attorneys, directors, officers, members, representatives, assigns, affiliates, and all other persons or entities acting or purporting to act on their behalf.

D.      "Contracts" shall mean each individual agreement between you and Yeagos that establishes the terms for the purchase of personal property from you or an investment for which Grant Mall would purchase personal property for resale and split the profits with Yeagos. Contracts shall explicitly include the deals listed on your Receipt numbered 564458, 564461, 564462, 564459, 564460, 564466, 564470, 564471, 564478, 564477, 564479, and 564483

E.      "Bankruptcy" shall mean the above-captioned Chapter 11 bankruptcy case.

F.      "Paintings" shall mean and refer to the Highwayman paintings by Harold Newton and James Gibson listed on your Receipt numbered 564427.

G.      "Lawsuit" shall mean the proceeding styled as "*Yeago, et al., v. Castillo, et al.*" pending as Case No. 2023-CA-015765-O in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida.

H.      The term "all" includes the word "any" and "any" includes the word "all."

I.      The terms "and" and "or" shall be construed disjunctively or conjunctively as necessary to bring within the scope of the request Documents or Electronically Stored Information that might otherwise be construed to be outside its scope.

J.      "Communication" means any oral or written utterance, notation or statement of any nature whatsoever, by and to whomsoever made, including but not limited to, correspondence, conversations, dialogues, discussions, interviews, conference, meetings, consultations, agreements, understandings, and exchanges of information between or among two or more people.

K.      The term "concerning" means concerning, evidencing, referring to, arising from, connected with, commenting on, responding to, showing, describing, analyzing, reflecting or constituting.

L.      "Document" means any written, typed, printed, recorded, electronic, or graphic matter, however produced, of any type or description, whether sent or received, including when applicable both sides of originals, all non-identical copies, whether different from the original by reasons of any notation made on such copies or otherwise, and drafts, including, but not limited to, any papers, books, letters, correspondence, e-mails, telegrams, bulletins, notices, announcements, instructions, charts, manuals, brochures, pamphlets, prospectuses, schedules, memoranda, notes, notations, working papers, worksheets, transcripts, minutes, agendas, reports, meetings, affidavits, statements, summaries, opinions, studies, analyses, evaluations, contracts, checks, receipts, returns, invoices, agreements, journals, statistical records, desk calendars, appointment books, diaries, lists, tabulations, sound recordings, computer printouts, data processing input and output, microfilms, tapes, cassettes, disks, data files, and recordings of telephone communications, of interviews, of conferences, or of other communications, graphic or aural records, including, but not limited to photographs, videotape, records, and motion pictures, and all alterations, modifications, changes and amendments of any of the foregoing, and any other records or representations of any kind kept by electronic, photographic, electric, mechanical, or other means, including any electronically stored information ("ESI") of any of the foregoing, and things similar to any of the above, however denominated, and any other communications within the meaning of the Federal Rules of Civil Procedure.

M.      The term "all documents or communications" shall mean every document or group of documents as defined above that is known to you, and every such document or communication that can be located or discovered by reasonable diligent efforts.

N.      "Electronically Stored Information" means all materials within the full scope of Rule 34 of the Federal Rules of Civil Procedure including, but not limited to, all electronic, mechanical, magnetic, or optical records or representations of any kind including any and all electronically stored (including, without limitation, computer files and programs, tapes, cassettes, discs, recordings), metadata, and information stored on a computer, laptop, hand-held computer device, disk, CD, DVD, and any mechanical recording or production of any oral material.

O.      The term "referring" or "relating" to any given subject, when used to specify a Document or Electronically Stored Information, means any Document or Electronically Stored Information that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, or is in any manner whatsoever pertinent to that subject.

P.      Any word written in the singular herein shall be construed as plural or vice versa when necessary to facilitate the response to any Request.

Q.      Every Request herein shall be deemed a continuing Request. You shall promptly supplement your answers if and when you obtain responsive Documents or Electronically Stored Information that add to or are inconsistent with your initial production.

R.      These discovery requests are not intended to be duplicative. All Requests should be responded to fully and to the extent not covered by other Requests. If there are Documents or Electronically Stored Information that are responsive to more than one Request, then please so note and produce each such Document or Electronically Stored Information first in response to the Request that is more specifically directed to the subject matter of the particular Document or Electronically Stored Information.

S.      The Documents and Electronically Stored Information produced in response to this Request shall be organized and designated to correspond to the categories in the Request and produced in a form that accurately reflects how they are maintained by you in the normal course of business. All documents or communications and Electronically Stored Information shall be produced in their original form. With the exception of spreadsheets (e.g., Microsoft Excel), databases (e.g., Microsoft Access), or other Documents which require software to access, open, and review, including electronic documents and electronic mail, all of which shall be produced in their native format, all ESI shall be produced in optical character recognition files for each document, and saved to a flash or other storage drive.

T.      The laws and rules prohibiting the destruction of evidence apply to Electronically Stored Information in the same manner as they apply to other types of documentary evidence. Due to its format, Electronically Stored Information is easily deleted, modified or corrupted. You must take every reasonable step to preserve all Electronically Stored Information concerning or relating to this matter until a final resolution. This includes but is not limited to, your obligation to cease any and all data destruction and backup tape recycling policies that are in any way related to this matter.

U.      If you claim that any Document or Electronically Stored Information responsive to this Request has been lost, deleted or destroyed, or it is otherwise unavailable, describe and identify the Document or Electronically Stored Information by stating in writing the name(s) of the author(s), the name(s) of the person(s) receiving the original and all copies, the date and subject matter, the circumstances under which it was lost, destroyed or otherwise became unavailable, and your efforts to locate it.

V.      If answering this Request, you claim any ambiguity in interpreting the Request or a definition or an instruction applicable thereto, you shall not utilize such claim as a basis for refusing to respond, but you shall set forth in your response that language claimed to be ambiguous and the interpretation chosen or used by you in responding to the Request.

W.      With respect to each Request herein, the request includes Documents and Electronically Stored Information subject to your possession, custody, or control.  In the event that you are able to provide only part of the Documents or Electronically Stored Information called for in any particular Request, provide all Documents or Electronically Stored Information that you are able to provide and state the reason, if any, for the inability to provide the remainder of the Document or Electronically Stored Information.

X.      With respect to each Document and Electronically Stored Information that you presently intend to withhold from production under a claim of privilege or other exemption from

discovery, state the title and nature of the document, and furnish a list signed by the attorney of record giving the following information with respect to each document and Electronically Stored Information withheld:

  i. the name and title of the author and/or sender and the name and title of the recipient;

  ii. the date of the documents and Electronically Stored Information origination;

  iii. the name of each person or persons (other than stenographic or clerical assistants) participating in the preparation of the document and Electronically Stored Information;

  iv. the name and position, if any, of each person to whom the contents of the documents have previously been communicated by copy, exhibition, reading, or substantial summarization;

  v. a statement of the specific basis upon which privilege is claimed and whether or not the subject matter or the contents of the document or Electronically Stored Information is limited to legal advice or information provided for the purpose of securing legal advice; and

  vi. the identity and position, if any, of the person or persons supplying the attorney signing the list with the information requested in the subparagraphs above.

  Y. Unless otherwise specified, all requests contained herein apply to the period of time between January 1, 2022, and the present.

## DOCUMENT REQUESTS

  1. All documents for any financial account that is titled in your name from January 1, 2022, through the present, including documents constituting statements, transaction confirmations, or any other documents reflecting the balance of each financial account.

  2. All documents and communications shared or delivered by and between you and the Yeagos or any person or entity on their behalf.

  3. A complete copy of your tax returns for 2022, 2023, and 2024, including any supporting documents, worksheets, and any Schedule K-1 issued to the Castillos or another party.

  4. All documents constituting any capital contributions to, investments in, or payments made on your behalf between 2020 and the present.

5.      All documents related to each of the Contracts, including any document reflecting the receipt, use, or disposition of any payment that you received from the Yeagos, the purchaser of the property to be invested in, and/or use or payment of the proceeds from the sale of the property to be invested in.

6.      All documents that reflect any financial transfer from you to one or more of the Castillos, including but not limited to any transfer that constitutes payroll, distribution, payment of personal expenses, and/or reimbursements for business-related expenses that they incurred.

7.      All documents reflect any item that is currently in your inventory or otherwise at your premises, whether it is held on consignment or not.

8.      All documents constituting a consignment agreement for any item that was in your inventory or possession as of the Petition Date.

9.      All documents related to the Paintings, including but not limited to a copies of any receipt for the sale or purchase of the Paintings to the Yeagos or any other party, documentation about the casualty loss of the Paintings.

10.     All documents or communications related to any insurance claim(s) made for a casualty loss or other damage to your premises or any item contained therein, including but not limited to the Paintings.

11.     All documents or communications related to the "inventory destroyed from flloding from hurricane" on or about September 2024 that you assert was "not covered" in your Statement of Financial Affairs, [ECF No. 15 at 17].

12.     A copy of your most recent financial statements and reports, including but not limited to a budget, profit & loss report, balance sheet, cash flow statement, or other similar reports reflecting financial information about you.

13.     All documents reflecting any transfer between you and The Castle Antiques and Collectible, LLC ("Castle Antiques"), including financial transfers between any financial account registered in Castle Antiques' name, or any non-financial transfers, such as the transfer of inventory.

14.     All documents that represent an employment agreement or any other type of agreement with one or more of the Castillos.

15.     All documents that reflect a distribution to one or more of your members between May 16, 2021, and the present.

16.     All documents constituting any license that you possess, including but not limited to business licenses or state or federal-issued securities licenses.

17.     All documents or communications evincing your compliance with the settlement reached between you and the Castillos and the Yeagos in the Lawsuit.

18.     All communications with any party relating to the settlement negotiations in which your counsel agreed to settlement terms with the Yeagos on your behalf, including granting a security interest to the Yeagos.

19.     All documents relating to the settlement negotiations in which your counsel agreed to settlement terms with the Yeagos on your behalf, including granting a security interest to the Yeagos, and the source of funds from which you anticipated making the settlement payments.

20.     A complete copy of your insurance policies that provided covered your real (leased or owned) and personal property, including all schedules, declaration pages.

**Exhibit B**

Areas of Inquiry

Grant Antiques' corporate representation shall be prepared to testify about the following areas of inquiry in addition to those listed in Federal Rule of Bankruptcy Procedure 2004(b)(1)(A)-(D):

(i)      Grant Antiques' sales and profitability history from the prior four years and forecasts for the remainder of 2025;

(ii)     Grant Antiques' insurance policies;

(iii)    Member interests and percentages in Grant Antiques;

(iv)    Grant Antiques' use of funds from investors to purchase and sale merchandise;

(v)     Grant Antiques' compliance with State of Florida Securities regulations;

(vi)    Financial and non-financial transfers from Grant Antiques to Castillos during the 4-year period prior to the filing of the above-captioned case;

(vii)   Grant Antiques' use of debt financing for operations;

(viii)  Property and casualty claims made by Grant Antiques for any natural disaster or other weather-related damage to your premises;

(ix)    Debtors' finances and matters related to the above-captioned Chapter 11 Bankruptcy Case, including the source of any third-party payments;

(x)     Any agreements between Grant Antiques and the Yeagos, including but not limited to Debtors' involvement in procuring art, the subcontractors that Grant Antiques and Castillos utilized, payments to subcontractors, and Grant Antiques requests for installments from the Yeagos; and

**(xi)**    Grant Antiques' operations and finances;